■ In the Matter of NORMAN A. BRODSKY, Also Known as NORMAN ALAN BRODSKY, an Attorney.—Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano and Birns, JJ.

■ In the Matter of STEPHEN R. HILL, an Attorney.—Motion granted, and respondent reinstated as an attorney and counselor at law of the State of New York. Concur—Murphy, P. J., Kupferman, Lupiano, Silverman and Markewich, JJ.

■ In the Matter of HYMAN ABRAMS, an Attorney.—Motion granted, report of Committee on Character and Fitness confirmed, and respondent will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Murphy, P. J., Kupferman, Birns, Capozzoli and Markewich, JJ.

■ In the Matter of ANTHONY P. GALLO, an Attorney.—Motion granted, the report of the Committee on Character and Fitness confirmed, and respondent will be reinstated as an attorney and counselor at law in the State of New York upon taking the appropriate oath. Concur—Birns, J. P., Evans, Capozzoli and Markewich, JJ.